**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| RACHELLE RIDOLA,<br>    Plaintiff,<br><br>vs.<br><br>BILAL MUHAMMAD, an individual, d/b/a CHEVRON MODESTO AND FAST AND EASY MART #101; and DOES 1 through 10, inclusive,<br>    Defendants | Case No. 1:16-cv-01481-LJO-SAB<br><br>**REQUEST TO CONTINUE SCHEDULING CONFERENCE; ORDER** |

  Plaintiff Rachelle Ridola ("Plaintiff), through her attorney of record, hereby requests a continuance of the Scheduling Conference currently scheduled for December 22, 2016 at 9:00 a.m. Plaintiff submits this request based on the following:

1. Plaintiff filed this action on October 3, 2016.
2. On October 11, 2016 Plaintiff served Defendant Bilal Muhammad ("Defendant"). Defendant failed to appear.
3. On November 10, 2016 Plaintiff requested that the clerk of the court enter default against Defendant. A default was entered on November 14, 2016.
4. On November 30, 2016 Plaintiff received a phone call from a representative of a Bilal Muhammad. Mr. Muhammad's representative alleged that the Bilal Muhammad that was served was not the proper Defendant and that Mr. Muhammad never had an

ownership interest in the business that is at issue in this case. Therefore, Plaintiff now needs to effectuate service one more time in order to serve the proper Defendant.

5. Plaintiff requests additional time to allow for an appearance by the proper defendant so that a productive discussion can be had at the conference.

Respectfully submitted,

Dated: November 30, 2016  */s/     Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for Plaintiff
RACHELLE RIDOLA

**ORDER**

The Scheduling Conference is hereby continued to January 24, 2017, at 3:00 p.m. The parties shall file their joint scheduling report 7 days prior to the conference.

IT IS SO ORDERED.

Dated:   **December 1, 2016**

_____
UNITED STATES MAGISTRATE JUDGE