# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>    Plaintiff,<br><br>    v.<br><br>BILAL MUHAMMAD,<br><br>    Defendant. | Case No. 1:16-cv-01481-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 14, 15)<br><br>DEADLINE: APRIL 18, 2017 |

On April 11, 2017, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 14.) On the same day, Plaintiff filed a response to the order. (ECF No. 15.) Plaintiff states that she is currently in the process of preparing a motion for default judgment and requests to file the motion by April 18, 2017. Based on Plaintiff's response, the order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for April 25, 2017, is CONTINUED to June 20, 2017, at 3:30 p.m. in Courtroom 9;
2. The April 11, 2017 order to show cause is DISCHARGED; and
3. Plaintiff shall file a motion for default judgment on or before April 18, 2017.

IT IS SO ORDERED.

Dated: **April 14, 2017**

UNITED STATES MAGISTRATE JUDGE

1