# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BILAL MUHAMMAD,<br><br>　　　　Defendant. | Case No. 1:16-cv-01481-LJO-SAB<br><br>ORDER VACATING JUNE 7, 2017 HEARING |

Plaintiff filed a motion for default judgment on April 18, 2017. The Court has reviewed the motion and finds it suitable for decision without oral argument. Accordingly, IT IS HEREBY ORDERED that the hearing set for June 7, 2017, at 10:00 a.m. in Courtroom 9 is VACATED and the parties are not required to appear at that time.

IT IS SO ORDERED.

Dated: __**May 18, 2017**__

UNITED STATES MAGISTRATE JUDGE

1