# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>        Plaintiff,<br><br>    v.<br><br>BILAL MUHAMMAD,<br><br>        Defendant. | Case No. 1:16-cv-01481-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 21)<br><br>TWENTY-ONE DAY DEADLINE |

On May 29, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents within twenty-one (21) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __May 30, 2017__

UNITED STATES MAGISTRATE JUDGE